# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

Case Number: 08-50083

**FILED MAY 12 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

In the Matter of

Shaun A. Kranish, et. al., Plaintiffs,

v.

Thomas A. Hogshead, et. al., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Shaun A. Kranish and Svetlana Kranish, f/k/a Svetlana Dudnik.

| Field | Value |
|---|---|
| NAME (Type or print) | Walter P. Maksym, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Walter P. Maksym, Jr. |
| FIRM | Walter P. Maksym & Associates |
| STREET ADDRESS | 2056 North Lincoln Avenue |
| CITY/STATE/ZIP | Chicago, IL 60614-4525 |
| E-MAIL | wmaksym@gmail.com |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | IL ARDC Atty. No. 173823 |
| TELEPHONE NUMBER | (773) 929-2923 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |