# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Shaun A Kranish, et al.
                              Plaintiff,

v.                                           Case No.: 3:08−cv−50083
                                             Honorable Frederick J. Kapala

Thomas A Hogshead, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, June 18, 2008:


    MINUTE entry before the Honorable P. Michael Mahoney:Status hearing held on
6/18/2008. Status hearing set for 8/15/2008 at 01:30 PM. (glg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.