UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

```
Shaun A. Kranish and Svetlana        )
Kranish, f/k/a Svetlana Dudnik,      )
                                     )
                     Plaintiffs,     )
                                     )
              v.                     ) Case No. 3:08-cv-50083
                                     )
Thomas A. Hogshead, Simon A. Avery,  ) Frederick J. Kapala
Randall E. Paul, Larry M. Neville,   ) U.S. District Judge
Alan Nyman, and Michael Rach,        )
individually, and as police          ) P. Michael Mahoney
officers, employees, agents of the   ) U.S. Magistrate
Village of Cherry Valley, the        )
Village of Cherry Valley, an         ) JURY TRIAL DEMANDED
Illinois Municipal  Corporation,     )
CBL & Associates Properties,         )
Inc., a Delaware corporation,        )
d/b/a "CherryVale Mall", CBL         )
& Associates Limited Partnership,    )
a Delaware Limited Liability         )
Partnership, d/b/a "CherryVale       )
Mall", CBL & Associates              )
Management, Inc., a Delaware         )
Corporation, d/b/a "CherryVale       )
Mall", ERMC, an entity of unknown    )
kind, Martin Medina, John R.         )
Newman, and John and Jane Doe        )
"CherryVale Mall" Security           )
Officers, individually and as        )
Agents and employees of CBL &        )
Associates Properties, Inc.,         )
and/or CBL & Associates Limited      )
Partnership and/or CBL & Associates  )
Management, Inc., Paul A. Logli,     )
and F. James Brun V, individually    )
as Winnebago County States           )
Attorneys, the County of Will, a     )
body politic and corporate, and      )
other unknown owners d/b/a under     )
the assumed, fictitious) name        )
"CherryVale Mall" and other          )
unknown other John and Jane Does,    )
                                     )
                     Defendants.     )
```

PLAINTIFFS' *EX PARTE* MOTION AMEND CASE CAPTION
AND TO EXTEND TIME FOR SERVICE FOR AN APPROPRIATE PERIOD

NOW COMES the Plaintiffs, Shaun A. Kranish and Svetlana Kranish, f/k/a Svetlana Dudnik, and move that the case caption of this cause be amended and that the time for service be extended for an appropriate period, stating as follows:

1. That no Defendants entitled to notice have yet to appear and therefore this Motion is brought *ex parte*.

2. That on May 12, 2008 the time of filing Plaintiffs' Complaint (the "filing date"), ERMC was designated in the case caption and as an entity of unknown kind.

3. That since the filing of Plaintiffs' complaint it has been determined, on information and belief, that "ERMC" may have been used by ERMC Property Management Company of Illinois, LLC "ERMCPMCI" as a "d/b/a".

4. That, accordingly, notice of this suit and a request to waive service were mailed to it ERMCPMCI c/o Russell Security of Illinois, Inc. (Managing Partner) c/o Fredric B. Prohov (Registered Agent), 150 N. Michigan Avenue, Suite 2600, Chicago, IL 60601.

5. That by reason of the foregoing, it would be appropriate to amend the caption on the Plaintiffs' Complaint and all future pleadings hereinafter filed in this cause, with respect to Defendant "ERMC, an entity of unknown kind," only to; "ERMC Property Management Company of Illinois, LLC d/b/a ERMC".

6. That Plaintiffs' counsel has diligently mailed to each Defendant, in addition to ERMCPMCI, their determined representative or registered agent.

7. That because no waivers of summons from any Defendant were received, Plaintiffs' counsel has diligently requested issuance of summons with respect to all Defendants.

8. That given the number of Defendants to be served, the current lack of waivers of service, the need to obtain issuance

of summons and obtain service by other time consuming means, and the fact that many of the Defendants have out of state officers or registered agents, it is anticipated that service may not be able to be accomplished by September 9, 2008, i.e., within 120 day time period provided by Fed. R. Civ. Pro. 4(m) of the filing date.

9. That by reason of the forgoing and for good cause, Plaintiffs anticipate the need for this Court to extend the time for service for an appropriate and sufficient period beyond September 9, 2008.

WHEREFORE, Plaintiffs pray that this Court enter an order granting this Motion, amend the Caption on their complaint on its face by the Clerk, and all future pleadings hereinafter filed in this cause, with respect to Defendant "ERMC, an entity of unknown kind," only to; "ERMC Property Management Company of Illinois, LLC d/b/a ERMC", and providing a reasonable, appropriate, and sufficient extension and enlargement of time within which to obtain service of summons on all Defendants, as this Court may deem just and appropriate under the circumstances, and for such other further relief as this Court may deem fair and just and proper in the premises.

                                      Shaun A. Kranish and Svetlana Kranish,
                                      f/k/a Svetlana Dudnik, Plaintiffs,

                                      By /s/ Walter P. Maksym, Jr.
                                        Walter P. Maksym, Jr., their attorney

Walter P. Maksym, Jr.
Attorney at Law
2056 North Lincoln Avenue
Chicago, IL 60614-4525
Telephone: (773) 929-2923
e-mail: wmaksym@gmail.com