UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| Shaun A. Kranish, et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:08-cv-50083 |
| | ) | |
| v. | ) | Frederick J. Kapala |
| | ) | U.S. District Judge |
| Thomas A. Hogshead, et. al., | ) | |
| | ) | P. Michael Mahoney |
| Defendants. | ) | U.S. Magistrate |

NOTICE OF *EX PARTE* MOTION

To:  N/A (No Appearance Yet Filed by Any Defendant)

PLEASE TAKE NOTICE on August 15, 2008 At 1:30 P.M. I shall present Plaintiffs' *Ex Parte* Motion Amend Case Caption and to Extend Time for Service for an Appropriate Period before Magistrate P. Michael Mahoney, which is filed herewith.

/s/  Walter P. Maksym, Jr.
Walter P. Maksym, Jr.
Attorney at Law
2056 N. Lincoln Avenue
Chicago, IL 60614-4525
Telephone: (773) 929-2923
e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copy of the foregoing Plaintiff's Motion to Enlarge Time as electronically filed on August 12, 2008 with the Clerk of the Court using the CM/ECF system, which will send notification by electronic mail to the following counsel for Defendants:

N/A (No Appearance Yet Filed by Any Defendant)

/s/ Walter P. Maksym, Jr.
Walter P. Maksym, Jr.