# United States District Court for the Northern District of Illinois

Case Number: **08 C 50083**        Assigned/Issued By: _[signature]_

## FEE INFORMATION

**Amount Due:**    ☐ $350.00    ☐ $39.00    ☐ $5.00
☐ IFP    ☒ No Fee    ☐ Other _____

**FILED**
AUG 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Paid: _____        Fiscal Clerk: _____

## ISSUANCES

**Type Of Issuance:**
☒ Summons            ☐ Alias Summons
☐ Third Party Summons        ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____
*(Type of Writ)*

15 Original and 0 copies on 8-14-08 (Date) as to CBL Limited, CBL Management, CBL Properties, ERMC, M. Medina, J. Newman, Village Chi. Val., T. Hogstead, S. Avery, R. Paul, L. Neville, A. Nyman, M. Rach, P. Logli, J. Brun

C:\wpwin80\docket\feeinfo.frm   01/01