UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| Shaun A. Kranish, et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:08-cv-50083 |
| | ) | |
| v. | ) | Frederick J. Kapala |
| | ) | U.S. District Judge |
| Thomas A. Hogshead, et. al., | ) | |
| | ) | P. Michael Mahoney |
| Defendants. | ) | U.S. Magistrate |

PLAINTIFFS' AMENDED *EX PARTE* MOTION TO AMEND
CASE CAPTION, FOR LEAVE TO AMEND COMPLAINT OF COURSE,
AND TO EXTEND TIME FOR SERVICE FOR AN APPROPRIATE PERIOD

NOW COMES the Plaintiffs, Shaun A. Kranish and Svetlana Kranish, f/k/a Svetlana Dudnik, and further move that the case caption of this cause and Complaint be amended, and that the time for service be extended for an appropriate period, stating as follows:

1. That no Defendants entitled to notice have yet to appear and therefore this Motion is brought *ex parte*.

2. That on May 12, 2008 the time of filing Plaintiffs' Complaint (the "filing date"), ERMC was designated in the case caption and as an entity of unknown kind.

3. That since the filing of Plaintiffs' Complaint it has been determined, on information and belief, that "ERMC" may have been used by ERMC Property Management Company of Illinois, LLC ("ERMC") as a "d/b/a".

4. That, accordingly, notice of this suit and a request to waive service were mailed to it ERMC c/o Russell Security of Illinois, Inc. (Managing Partner) c/o Fredric B. Prohov (Registered Agent), 150 N. Michigan Avenue, Suite 2600, Chicago, IL 60601.

5. That by reason of the foregoing, it would be appropriate to amend the caption and Plaintiffs' Complaint and

all future pleadings hereinafter filed in this cause, with respect to Defendant "ERMC, an entity of unknown kind," to; "ERMC Property Management Company of Illinois, LLC d/b/a ERMC" and to grant Plaintiffs leave to file an Amended Complaint reflecting such amendment.

6. That Plaintiffs' counsel has diligently mailed to each Defendant, in addition to ERMC, their determined representative or registered agent.

7. That because no waivers of summons from any Defendant were received, Plaintiffs' counsel has diligently requested issuance of summons with respect to all Defendants.

8. That given the number of Defendants to be served, the current lack of waivers of service, the need to obtain issuance of summons and obtain service by other time consuming means, and the fact that many of the Defendants have out of state officers or registered agents, it is anticipated that service may not be able to be accomplished by September 9, 2008, i.e., within 120 day time period provided by Fed. R. Civ. Pro. 4(m) of the filing date.

9. That by reason of the forgoing and for good cause, Plaintiffs anticipate the need for this Court to extend the time for service for an appropriate and sufficient period beyond September 9, 2008.

10. That following Plaintiffs' undersigned counsel's request for issuance of summons in this cause the Clerk's Office brought to Defendant's attention an inconsistency between the caption of this cause and the first introductory paragraph, and the body and prayers of the Complaint in the nature of a typographical or scrivener's error to wit: the caption and the first introductory paragraph of the Complaint inadvertently state; "County of Will" whereas as the designations in the body and prayers of the Complaint correctly states "County of

Winnebago".

11. That Fed. Rule Civ. Pro. 15 (a)(1)&(2) allows parties to amend a pleading, as a matter of course, before being served with a responsive pleading or within 20 days after serving the pleading if a responsive pleading is not allowed and the action is not yet on the trial calendar.

12. That no Defendant has yet been served with process nor has any Defendant served Plaintiffs any responsive pleading in this cause.

13. That by reason of the foregoing, it would be appropriate to amend the caption on the Plaintiffs' Complaint and all future pleadings hereinafter filed in this cause, with respect to the caption to amend same from "County of Will" to "County of Winnebago" and to grant leave to plaintiff to file an Amended Complaint reflecting such amendment.

14. That attached hereto and tendered herewith for filing is Plaintiffs' proposed Amended Complaint.

WHEREFORE, Plaintiffs pray that this Court enter an order *instanter* granting this Motion, direct amendment of the Caption on their Complaint and prior orders on their face by the Clerk, that all future filings in this cause bear the new amended caption, that with respect to Defendant "ERMC, an entity of unknown kind," the caption and body of the Complaint be amended to read; "ERMC Property Management Company of Illinois, LLC d/b/a ERMC", that the caption and first introductory paragraph of the Complaint be amended to read "County of Winnebago" instead of "County of Will", that leave be granted of course for Plaintiffs to file an Amended Complaint tendered herewith reflecting said and related corrections and amendments, and that a reasonable, appropriate, and sufficient extension and enlargement of time be provided within which to obtain service of summons on all Defendants, as this Court may deem just, fair,

and appropriate under the circumstances, and for such other further relief as this Court may deem fair and just and proper in the premises.

                                    Shaun A. Kranish and Svetlana Kranish,
                                    f/k/a Svetlana Dudnik, Plaintiffs,

                                  By /s/ Walter P. Maksym, Jr.
                                      Walter P. Maksym, Jr., their attorney

Walter P. Maksym, Jr.
Attorney at Law
2056 North Lincoln Avenue
Chicago, IL 60614-4525
Telephone: (773) 929-2923
e-mail: wmaksym@gmail.com