```
            UNITED STATES DISTRICT COURT FOR THE
        NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION
```

Shaun A. Kranish, et. al.          )
                                   )
                    Plaintiffs,    )   Case No. 3:08-cv-50083
                                   )
     v.                            )   Frederick J. Kapala
                                   )   U.S. District Judge
Thomas A. Hogshead, et. al.,       )
                                   )   P. Michael Mahoney
                    Defendants.    )   U.S. Magistrate

                        FIRST AMENDED NOTICE
             OF PLAINTIFFS' AMENDED *EX PARTE* MOTION

   To: N/A (No Appearance Yet Filed by Any Defendant)

   PLEASE TAKE NOTICE on August 15, 2008 At 1:30 P.M. I shall present PLAINTIFFS' AMENDED *EX PARTE* MOTION TO AMEND AMEND CASE CAPTION, FOR LEAVE TO AMEND COMPLAINT OF COURSE, AND TO EXTEND TIME FOR SERVICE FOR AN APPROPRIATE PERIOD before Magistrate Judge P. Michael Mahoney, which is filed herewith.

                                    /s/ Walter P. Maksym, Jr.
                                        Walter P. Maksym, Jr.
                                        Attorney at Law
                                        2056 N. Lincoln Avenue
                                        Chicago, IL 60614-4525
                                        Telephone:(773) 929-2923
                                        e-mail: wmaksym@gmail.com

                        CERTIFICATE OF SERVICE

   The undersigned certifies that he served true and correct copy of the foregoing PLAINTIFFS' EX PARTE AMENDED MOTION AMEND CASE CAPTION, FOR LEAVE TO AMEND COMPLAINT OF COURSE, AND TO EXTEND TIME FOR SERVICE FOR AN APPROPRIATE PERIOD as electronically filed herewith on August 14, 2008 with the Clerk of the Court using the CM/ECF system, which will send notification by electronic mail to the following counsel for Defendants:

   N/A (No Appearance Yet Filed by Any Defendant)

                                    /s/ Walter P. Maksym, Jr.
                                        Walter P. Maksym, Jr.