UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Western Division

Shaun A Kranish, et al.
                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 3:08−cv−50083
　　　　　　　　　　　　　　　　　　　Honorable Frederick J. Kapala

Thomas A Hogshead, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 15, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney: Status hearing held on 8/15/2008. Plaintiff's Motions to amend/correct [7] [11] are granted, Amended complaint due by 8/15/2008. Response due by 10/1/2008. Time to effect service under Rule 4 extended to 9/30/08. Status hearing set for 10/29/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.