## United States District Court for the Northern District of Illinois

Case Number: **08 C 50083**     Assigned/IssuedBy: _____

### FEE INFORMATION

**Amount Due:** ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☒ No Fee    ☐ Other

**FILED**

*(For use by Fiscal Department Only)*

AUG 15 2008

Amount Paid: _____    Receipt #: _____

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Date Paid: _____    Fiscal Clerk: _____

### ISSUANCES

**Type Of Issuance:**

☒ Summons     ☐ Alias Summons

☐ Third Party Summons     ☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____ *(Type of Writ)*

Original and **2** copies on **8-15-08** *(Date)* as to **County of Winnebago**

C:\wpwin80\docket\fecinfo.frm 01/01