# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

In the Matter of

SHAUN A. KRANISH et al.
        Plaintiffs,

vs.

THOMAS A. HOGSHEAD, et al,
        Defendants.

Case Number: 08 C 50083

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
**ERMC Property Management Co. of Ill, LLC**

| (A) | (B) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: [signed] |
| NAME: Richard A. Valek | NAME: Jennifer M. Kanady |
| FIRM: Stone & Johnson, Chartered | FIRM: Stone & Johnson, Chartered |
| STREET ADDRESS: 150 N. Michigan Ave., #2600 | STREET ADDRESS: 150 N. Michigan Ave., Suite 2600 |
| CITY/STATE/ZIP: Chicago, Illinois 60601 | CITY/STATE/ZIP: Chicago, Illinois 60601 |
| TELEPHONE NUMBER: 312-332-5656   FAX NUMBER: 312-332-5858 | TELEPHONE NUMBER: 312-332-5656   FAX NUMBER: 312-332-5858 |
| E-MAIL ADDRESS: rvalek@stonejohnsonlaw.com | E-MAIL ADDRESS: jkanady@stonejohnsonlaw.com |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 6196252 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 6289877 |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☐ NO ☒ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: William G. Stone [signed] | SIGNATURE: |
| NAME: William G. Stone | NAME: |
| FIRM: Stone & Johnson, Chartered | FIRM: |
| STREET ADDRESS: 150 N. Michigan Ave., #2600 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, Illinois 60601 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 312-332-5656   FAX NUMBER: 312-332-585 | TELEPHONE NUMBER:   FAX NUMBER: |
| E-MAIL ADDRESS: wstone@stonejohnsonlaw.com | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 3128258 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |