# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

In the Matter of

SHAUN A. KRANISH et al.
        Plaintiffs,

vs.

THOMAS A. HOGSHEAD, et al,
        Defendants.

Case Number: 08 C 50083

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

**ERMC Property Management Co. of Ill, LLC**

---

### (A)
- SIGNATURE: [signed]
- NAME: Richard A. Valek
- FIRM: Stone & Johnson, Chartered
- STREET ADDRESS: 150 N. Michigan Ave., #2600
- CITY/STATE/ZIP: Chicago, Illinois 60601
- TELEPHONE NUMBER: 312-332-5656   FAX NUMBER: 312-332-5858
- E-MAIL ADDRESS: rvalek@stonejohnsonlaw.com
- IDENTIFICATION NUMBER: 6196252
- MEMBER OF TRIAL BAR? NO ☒
- TRIAL ATTORNEY? ☐

### (B)
- SIGNATURE: [signed]
- NAME: Jennifer M. Kanady
- FIRM: Stone & Johnson, Chartered
- STREET ADDRESS: 150 N. Michigan Ave., Suite 2600
- CITY/STATE/ZIP: Chicago, Illinois 60601
- TELEPHONE NUMBER: 312-332-5656   FAX NUMBER: 312-332-5858
- E-MAIL ADDRESS: jkanady@stonejohnsonlaw.com
- IDENTIFICATION NUMBER: 6289877
- MEMBER OF TRIAL BAR? NO ☒
- TRIAL ATTORNEY? ☐
- DESIGNATED AS LOCAL COUNSEL? ☐

### (C)
- SIGNATURE: William G. Stone [signed]
- NAME: William G. Stone
- FIRM: Stone & Johnson, Chartered
- STREET ADDRESS: 150 N. Michigan Ave., #2600
- CITY/STATE/ZIP: Chicago, Illinois 60601
- TELEPHONE NUMBER: 312-332-5656   FAX NUMBER: 312-332-585
- E-MAIL ADDRESS: wstone@stonejohnsonlaw.com
- IDENTIFICATION NUMBER: 3128258
- MEMBER OF TRIAL BAR? YES ☒ NO ☒

### (D)
(blank)