396-10337-33                                                                                                           WGS:tam

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| SHAUN A. KRANISH, et al          ) | |
|                                                     ) | |
|              Plaintiffs                    ) | |
|                                                     ) | |
|     vs.                                         ) | No.: 08 C 50083 |
|                                                     ) | |
| THOMAS A. HOGSHEAD, et al,  ) | |
|                                                     ) | |
|              Defendants                 ) | |

## NOTICE OF CHANGE OF FIRM NAME

   PLEASE TAKE NOTICE that as of **April 2, 2008**, the law firm of STONE & MOORE, CHTD., attorneys for Defendant, ERMC Property Management Co. of Ill., LLC, have changed its name to:

**STONE & JOHNSON, CHTD.**
**150 North Michigan Avenue, Suite 2600**
**Chicago, Illinois  60601**
**Telephone No.: (312) 332-5656**
**Facsimile.: (312) 332-5858**

Please change your Service Lists accordingly.

                                                                                    **STONE & JOHNSON, CHTD.**

                                                                                    /s/ William G. Stone

                                                                                    /s/ Richard A. Valek

wstone@stonejohnsonlaw.com
rvalek@stonejohnsonlaw.com
**STONE & JOHNSON, CHTD.**
**150 North Michigan, #2600**
**Chicago, Illinois 60601**
**Telephone: (312) 332-5656**

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 20, 2008, a copy of the foregoing Notice of Change of Firm Name was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

     <u>/s/ Tammy McCann</u>